MANHATTAN LIFE INSURANCE COMPANY, Respondent, v. SADIE REVITZ, Individually and as Administratrix of the Estate of MORRIS REVITZ, Deceased

(Substituted as Party Defendant During the Pendency of These Appeals in Place of MORRIS RAVITZ), Appellant.— Action to reform two policies of insurance issued by plaintiff on the life of defendant's intestate. Order denying defendant's motion for summary judgment, and judgment in favor of plaintiff, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Aldrich and Nolan, JJ.